# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CRIMINAL NO. 98-CR-30197-WDS |
| PAUL WILLIAM SURBER, | ) ) ) | |
| Defendant. | ) | |

## ORDER

**STIEHL, District Judge:**

Before the Court is a Motion to Correct Clerical Mistakes in Judgment Pursuant To Rule 36 of the Federal Rules of Criminal Procedure filed by the Government. Having considered the motion, being fully advised of its premises, and for good cause shown,

**IT IS ORDERED** that the Government's motion (Doc. No. 33) be and is hereby **GRANTED.** The Clerk of Court is **DIRECTED** to prepare an Amended Judgment in this case which reflects that the restitution obligation previously ordered in this case is imposed jointly and severally on defendant and co-defendant Craig J. Hanley.

**IT IS FURTHER ORDERED** that all other terms of the Amended Judgment be entered identically to those of the Judgment entered by Judge Beatty on May 20, 1999.

**IT IS SO ORDERED.**

**DATE: December 5, 2007**

                s/*WILLIAM D. STIEHL*
                **United States District Judge**